Memorandum Decisions.

der the firm name and style of Riley, Groover & Co,. Defendants in Error.

Writ of error to Circuit Court Duval county.

*W. H. Baker*, for Plaintiffs in Error.
*A. W. Cockrell & Son*, for Defendants in Error.

This action was brought by the plaintiffs in error against the defendants in error. There was judgment for the defendants, and the plaintiffs take writ of error. The judgment is affirmed.

Decision Per Curiam.

---

John C. Krulder, Plaintiff in Error, vs. Jennie Miller, a married woman, by her next friend William R. Fitts, Defendant in Error.

Writ of error to Circuit Court Volusia county.

*John W. Price*, for Plaintiff in Error.

*Miller & Austin*, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.

---

The Land Mortgage Bank of Florida, Limited, of England, Appellant, vs. Charles M. Brown, Appellee.

Appeal from Circuit Court Marion county.

*W. B. Owen and Hugh E. Miller*, for Appellants.

No appearance for Appellee.

The bill in this cause was filed by the appellee against the appellant and nineteen others. There was decree for the complainant, and the defendants appeal. Subsequently on application of The Land Mortgage Bank of Florida, Limited, of England, an order of severance was made as to the other defendants. The decree is affirmed.

Decision Per Curiam.

---

Charles O. Livingston, Plaintiff in Error, vs. The Merchants National Bank, a corporation under the laws of the United States, Defendant in Error.

Writ of error to Circuit Court Duval county.

*Walker & L'Engle and W. B. Young*, for Plaintiff in Error.

*R. H. Liggett*, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.

---

W. A. Lovell, Plaintiff in Error, vs. C. B. Lin, as assignee of E. R. Prince, Defendant in Error.

Writ of Error to Circuit Court Orange county.